UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVINIA ARPESELLA, *et al.*,

                      Plaintiffs,

-v-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

                      Defendant.

23-CV-8929 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on May 13, 2024. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiffs have not moved for a default judgment.

    Plaintiffs are directed to file a status letter no later than September 6, 2024, notifying the Court whether they have received any communication from Defendant or its counsel regarding a response to the complaint and whether they intend to move for a default judgment.

    Plaintiffs are directed to serve Defendant with a copy of this order.

    SO ORDERED.

Dated: August 6, 2024
       New York, New York

                                                J. PAUL OETKEN
                                               United States District Judge