UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVINIA ARPESELLA, PIETRO ARPESELLA, FLORIAN MARKUS BORCK, ANDREAS MICHAEL BOUKAI, ANDREAS MICHAEL BOUKAI as Executor of the estate of Mamoun Boukai, ERMANNO CAVARA, MARCO CAVARA, GIANCARLO COIANA, JAKOB HEICHELE, MANUELA HEIMBECK, MASSIMO MAZZACCONE, ANNA DANIELA MUSIANI, JUAN CARLOS OZORES, HARTMUT W. PETERS as Trustee of the Opera Mater Christie Trust, NICCOLO PORTU, ANTONELLA RASO, JOSEF JOHANN SCHNEIDER, MARLEEN MARIA SCHNEIDER, GIOVANNI TODESCO, MICHAEL ZAHN, SABINE ZAH, <br><br>                            Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br>                            Defendant. | 23-CV-08929 (JAV) <br><br> NOTICE OF REASSIGNMENT |

JEANNETTE A. VARGAS, United States District Judge:

This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: January 13, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge