NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

**DuaneMorris**®

*FIRM and AFFILIATE OFFICES*

DAVID T. MCTAGGART
SPECIAL COUNSEL
DIRECT DIAL: +1 212 471 1814
PERSONAL FAX: +1 212 202 4931
*E-MAIL:* dtmctaggart@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

November 7, 2025

**<u>VIA ECF</u>**

Honorable Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

> Re:   *Arpesella et al v. Bolivarian Republic of Venezuela*
>        <u>Civil Case No. 23-cv-08929-JAV (S.D.N.Y.)</u>

Dear Judge Vargas:

We represent Giancarlo Coiana ("Coiana"), the sole remaining plaintiff in the above-referenced action. With the consent of the defendant Bolivarian Republic of Venezuela ("Republic"), we write to report to the Court that the parties have an agreement in principle to resolve this litigation. The terms of the agreement are subject to the approval of the Republic. Counsel for the Republic has advised that final approval could take several weeks, if not more. Once approved, the parties will submit to the Court a stipulation and proposed stipulated judgment to be entered in favor of Coiana.

In the unlikely event that the parties' agreement ultimately is not finalized, Coiana intends to move for summary judgment. Per the Court's order dated October 15, 2025 (D.E. 52), the deadline for Coiana to do so is December 1, 2025. To avoid the needless expenditure of resources while the parties await approval of the final terms of the settlement, the parties jointly request an adjournment of the December 1, 2025 summary judgment deadline to January 10, 2025, with opposition due February 10, 2025, and any reply due February 17, 2025.

To be clear, the parties do not anticipate needing to engage in summary judgment practice. The intent of the foregoing adjournment request is solely to ensure that the parties need not incur resources while they await final approval of their settlement in principle. In the event that the case

DUANE MORRIS LLP

22 VANDERBILT, 335 MADISON AVE. 23RD FLOOR   NEW YORK, NY 10017          PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM3\22071530.3

DuaneMorris

Honorable Jeannette A. Vargas
November 7, 2025
Page 2

is not settled by December 8, 2025, the parties propose that they provide the Court with a status update by that date.

Respectfully submitted,

David T. McTaggart

cc: Counsel of Record