# Vinson&Elkins

Marisa F. Antonelli  mantonelli@velaw.com
**Tel** +1.212.237.0151  **Fax** +1.917.849.5396

May 8, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

> Re:    *Arpesella et al. v. The Bolivarian Republic of Venezuela*
> Civil Case No. 23-cv-08929-JAV (S.D.N.Y.)

Dear Judge Vargas:

We represent the Bolivarian Republic of Venezuela ("Defendant" or "Republic") in the above referenced matter. With the consent of the plaintiff Giancarlo Coiana ("Coiana"), we write pursuant to the Court's April 10, 2026 Order (D.E. 64) to provide a status report of the parties' efforts to memorialize their previously-reported agreement to resolve this litigation.

As the parties advised the Court in the Joint Status Letter filed on April 9, 2026 (D.E. 63), the terms of the parties' agreement are still contingent on the final approval of the Republic, which remains pending. Once approved, the parties will submit to the Court a stipulation and proposed stipulated judgment to be entered in favor of Coiana. In the event this has not occurred by June 8, 2026, the parties propose that they provide the Court with a status update by that date.

Respectfully submitted,

*/s/ Marisa F. Antonelli*

Marisa F. Antonelli

cc: All Counsel of Record (by ECF)

---

**Vinson & Elkins LLP  Attorneys at Law**                       The Grace Building, 1114 Avenue of the Americas, 32nd Floor
Austin  Dallas  Denver  Dubai  Dublin  Houston  London         New York, NY 10036
Los Angeles  New York  Richmond  San Francisco  Tokyo  Washington    **Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com